

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00314-CV

Hilmar Daniel **BLUMBERG**,
Appellant

v.

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. 2016CV0054
Honorable Frank Follis, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against Appellant Hilmar Daniel Blumberg.

SIGNED June 15, 2016.

_____
Karen Angelini, Justice